J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
**ALVERSON TAYLOR MORTENSEN & SANDERS**
7401 W. Charleston Boulevard
Las Vegas, NV 89117
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MILBY & OLIVER, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>STITES & HARBISON, a Professional Limited Liability Company; DOES I-V, inclusive; and ROE CORPORATIONS, I-V, inclusive<br><br>Defendants. | CASE NO:   2:13-CV-00995-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE** |

. . .
. . .
. . .
. . .
. . .
. . .

1

## STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff MILBY & OLIVER, INC. and Defendant STITES & HARBISON, by and through their respective counsel of record, that Plaintiff's claims against Defendant be dismissed in their entirety with prejudice, the parties to bear their own costs and fees.

DATED this 7th day of January, 2014.                    DATED this ___ day of January, 2014.

SKLAR WILLIAMS, PLLC                                    ALVERSON, TAYLOR
                                                        MORTENSEN & SANDERS

_/s/ Robert A. Goldstein_                               _/s/ Karie N. Wilson_
ROBERT A. GOLDSTEIN, ESQ.                               KARIE N. WILSON, ESQ.
Nevada Bar No. 5001                                     Nevada Bar No. 7957
410 South Rampart Blvd., Suite 350                      7401 W. Charleston Boulevard
Las Vegas, NV 89145                                     Las Vegas, NV 89117
702-360-6000 Phone                                      702-384-7000 Phone
702-360-0000 Fax                                        702-385-7000 Fax
Attorneys for Plaintiff                                 Attorneys for Defendant

## ORDER FOR DISMISSAL, WITH PREJUDICE

**IT IS SO ORDERED.** All pending motions are hereby denied as moot.

DATED this 27th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

ALVERSON, TAYLOR
MORTENSEN & SANDERS

_/s/ Karie N. Wilson_
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
7401 W. Charleston Boulevard
Las Vegas, NV 89117
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendant

n:\bruce.grp\z-client\20597\pleadings\caption shell federal.docx

2

KNW 20597